UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rashad R. Ivy,                                          Civ. No. 25-208 (PAM/JFD)

                        Petitioner,

v.                                                              **ORDER**

William Bolin,

                        Respondent.

_____

This matter is before the Court on Petitioner's Application to Proceed In Forma Pauperis on Appeal.  (Docket No. 41.)  Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress.  Based on a review of the record and the Application, the Court concludes that Petitioner should be allowed to proceed with his appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Application to Proceed In Forma Pauperis on Appeal (Docket No. 41) is **GRANTED**.

Dated: June 9, 2026                                s/ Paul A. Magnuson
                                                           Paul A. Magnuson
                                                           United States District Court Judge