UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rashad R. Ivy,                                             Civ. No. 25-208 (PAM/JFD)

                    Petitioner,

v.                                                                        **ORDER**

William Bolin,

                    Respondent.

_____

This matter is before the Court on Petitioner Rashad R. Ivy's Request for a Certificate of Appealability.[1]  In its Order denying Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, the Court declined to issue a certificate of appealability.  (Docket No. 38 at 4.)  Petitioner argues that the Court erred in doing so, but he fails to provide the Court with any reason to alter its previous conclusion.  He may seek a certificate of appealability from the Eighth Circuit Court of Appeals, but one will not issue from this Court.

Accordingly, **IT IS HEREBY ORDERED that** Petitioner Rashad R. Ivy's Request for Certificate of Appealability (Docket No. 46) is **DENIED**.

Dated: June 25, 2026                              s/ Paul A. Magnuson
                                                             Paul A. Magnuson
                                                             United States District Court Judge

---

[1]     The caption of Petitioner's request indicates that he may have intended to file it with the Eighth Circuit Court of Appeals.  However, he mailed the request to this Court. Therefore, the Court finds it appropriate to rule on the request.